UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JIMMY COBB #00504-120** | **CASE NO. 2:19-CV-01451 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN MYERS** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 5] filed in response to the petition for writ of habeas corpus brought under 28 U.S.C. § 2241 by pro se petitioner Jimmy Cobb and recommending that the matter be dismissed with prejudice. Cobb has not filed any objections to the report and recommendation, and his time for doing so has passed.

The undersigned agrees that Cobb has failed to establish a right to relief under the savings clause of 28 U.S.C. § 2255 and that his petition must therefore be dismissed for lack of jurisdiction. A dismissal for lack of jurisdiction, however, must be made without prejudice as to the merits of the petition. *E.g.*, *Reed v. Young*, 471 F. App'x 284, 285 (5th Cir. 2012) (unpublished). Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that this matter be **DISMISSED WITH PREJUDICE** as to the jurisdictional issue only and **DISMISSED WITHOUT PREJUDICE** in all other regards.

**THUS DONE AND SIGNED** in Chambers on this 18th day of February, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**